**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

XIAOJIAN GE,

    Petitioner,

v.

                                    Civ. No. 26-48 JB/GJF

GEORGE DEDOS, Warden, Torrence County Detention Center; MARY DE ANDA-YBARRA, Acting El Paso Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA JO BONDI, Attorney General of the United States, in their official capacities,

    Respondents.

## ORDER TO FILE WRITTEN NOTICE

    Pending before the Court is the *Petition for Writ of Habeas Corpus* (Dkt. No. 1) and Respondents' *Motion to Dismiss Petition for Writ of Habeas Corpus* (Dkt. No. 8). No later than **five business days from the date of entry of this Order**, each party should file a written notice that contains the following: (1) whether the party requests an evidentiary hearing on the Petition and/or Motion to Dismiss; and if the party requests an evidentiary hearing, (2) whether the party prefers an evidentiary hearing in person or via Zoom videoconference and (3) provide a proposed list of witnesses and exhibits that the party intends to introduce should the Court hold a hearing.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE