**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

XIAOJIAN GE,

Petitioner,

vs. No. CIV 26-0048 JB/GJF

GEORGE DEDOS, Warden, Torrance County Detention Center; MARY DE ANDA-YBARRA, Acting El Paso Field Office Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; and TODD BLANCHE, Acting Attorney General of the United States, in their official capacities,

Respondents.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings And Recommended Disposition, filed July 21, 2026 (Doc. 23)("MOO"). In the MOO, the Court dismisses without prejudice the Petitioner's First Amended Petition for Writ of Habeas Corpus, filed April 15, 2026 (Doc. 21). See MOO at 7. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment disposing of this case.

**IT IS ORDERED** that: (i) the Petitioner's First Amended Petition for Writ of Habeas Corpus, filed April 15, 2026 (Doc. 21), is dismissed without prejudice; and (ii) Final Judgment is entered.

UNITED STATES DISTRICT JUDGE